```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
                       TALLAHASSEE DIVISION
```

TONY BARBER,

        Petitioner,

v.

                         CASE NO. 4:09cv453-RH/WCS

WALTER McNEIL,

        Respondent.

## MOTION FOR ENLARGEMENT OF TIME

Respondent moves pursuant to F.R.Civ.P. 6(b) for an enlargement of time in which to answer Petitioner's amended petition for writ of habeas corpus stating:

    1.  Respondent's answer is due to be filed on or before December 20, 2010.

    2.  Due to the numerous other demands on the undersigned counsel's schedule, including thirteen briefs, responses or motions filed in State and Federal court the past thirty days, and sick leave taken due to intervening illness, the undersigned is in need of an additional period of time to review the State court records and complete the response.

    3.  This is Respondent's first request for an enlargement of time in this cause.

4.  Petitioner is incarcerated and proceeding pro se and has not been contacted to obtain his position on this motion.

4.  This request is not made for the purpose of unnecessary delay, is made in good faith, and will not prejudice the rights of Petitioner.

WHEREFORE, Respondent respectfully requests that the time in which to file its answer in the above-styled matter be extended by forty (40) days.

    Respectfully submitted,

    BILL McCOLLUM
    ATTORNEY GENERAL

    /s/ Anne C. Conley
    ANNE C. CONLEY
    ASSISTANT ATTORNEY GENERAL
    FLORIDA BAR NO. 0770670

    OFFICE OF THE ATTORNEY GENERAL
    PL-01, THE CAPITOL
    TALLAHASSEE, FL 32399-1050
    Phone:(850) 414-3300
    Fax: (850) 922-6674
    Email: Anne.Conley@myfloridalegal.com
    COUNSEL FOR RESPONDENT
    [AGO # L10-1-25885]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Motion for Enlargement of Time with the Clerk of the Court by using the CM/ECF system, and that I furnished a copy hereof by U.S. Mail to Tony Barber, DC #N02299, Columbia Correctional Institution, 216 S.E. Corrections Way, Lake City, Florida, 32025, this 20th day of December, 2010.

/s/  Anne C. Conley
ANNE C. CONLEY
Assistant Attorney General