# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TONY BARBER

    VS                                          CASE NO. 4:09cv453-RH/WCS

WALTER MCNEIL

## REFERRAL AND ORDER

The motion/pleading was filed by defendant on 4/5/2011 (document #21), and referred to Magistrate Judge William C. Sherrill on 4/6/2011.

Summary of motion/pleading: Fourth MOTION to Extend Time

JESSICA J. LYUBLANOVITS
CLERK OF COURT

_____s/ Kayla Bruner_____
DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 7th day of April, 2011, the requested relief is **GRANTED.** The time for filng a response is extended to May 9, 2011. Petitioner shall have until June 10, 2011, in which to file a reply, if any.

_____S/ William C. Sherrill_____
UNITED STATES MAGISTRATE JUDGE