PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION ON 10-19-11 (DATE) FOR MAILING (STAFF INITIAL) (I/M INITIAL)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
OF FLORIDA

TONY BARBER, ,
    Petitioner,

Case No 4:09-cv-453-RRH-WCS

KEN TUCKER , Secretary,
FLORIDA DEPARTMENT OF CORRECTIONS,
Respondent.
_____/

## MOTION FOR ENLARGEMENT OF TIME

*Petitioner*, Tony Barber, *pro se*, moves this Court for an order enlarging the time for the Petitioner to file his reply to the Respondent's response to Petitioner's habeas petition by forty-five (45) days. As grounds for this motion the Petitioner alleges:

1. The reply in this case is due to be filed on October 23, 2011.

2. The Petitioner has sought and received zero (0) previous enlargements of time for this purpose.

3. The Petitioner is currently incarcerated and does not have adequate access to the prison law library, legal materials, or inmate law clerks.

4. The Petitioner is a laymen at law and the issues are complex.

5. This motion is filed in good faith and not for the purpose of delay.

1

Filed 10/20/11 USDC FLN 4PM 0244

6. The Petitioner does not have the ability to consult with the Attorney General to determine if there is opposition to the instant motion.

7. Petitioner has contemporaneously submitted herewith a motion for leave to amend along with a notice of constitutional challenge.

8. The disposition of those pleadings is essential to resolving all of the matters at issue in the instant case.

9. This motion for enlargement of time now follows.

**WHEREFORE** the Petitioner requests this Court to enter an order enlarging the time for the Petitioner to file his reply by 45 days up to and including December 7, 2011.

*Tony Barber*
Tony Barber #N02299
Columbia Corr. Inst.
216 SE Corrections Way
Lake City, FL 32025

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing has been forwarded by First Class U.S. mail to Mr. Joshua Heller, Assistant Attorney, General, Plaza Level-01, The Capitol, Tallahassee ,Florida 32399-1050, first delivering to prison officials this 19 day of October 2011.

*Tony Barber*
Tony Barber #NO2299

2